IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL |
| | : | NO. 09-423-2 |
| v. | : | |
| | : | CIVIL |
| KINGSLEY IBEH | : | NO. 12-4939 |

## ORDER

BERLE M. SCHILLER, J.,

AND NOW, this 26 day of Feb, 2013, upon careful and independent consideration of the Motion to Vacate, Set Aside, or Correct a Federal Sentence, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, and Objections thereto IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Motion for § 2255 Relief is DISMISSED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
BERLE M. SCHILLER, J.